CRIMINAL COMPLAINT
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jorge Luis Verdugo**<br>DOB: 1983; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02024MJ |

Complaint for violations: Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A)(ii)(II)
Title 18, United States Code, Section 924(c)(1)(A)(i)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1:  On or about May 22, 2025, at or near Douglas, in the District of Arizona, **Jorge Luis Verdugo** did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

Count 2:  On or about May 22, 2025, at or near Douglas, in the District of Arizona, **Jorge Luis Verdugo** did knowingly possess firearms, that is, one Springfield Armory XD-9 pistol with a loaded magazine; one Para 1911 pistol with a loaded magazine; one S&W M&P 5.7 pistol with a loaded magazine; one SW Bodyguard pistol with a loaded magazine; one Norinco Model 213 pistol; one Taurus LR revolver; one EAA Hermann Weihrauch Windicator .38 special revolver; one S&W M&P FPC rifle; one American Tactical Omni Hybrid Multi-cal rifle; one S&W M&P-15 rifle; one Black Aces Tactical Shotgun; one Spike's Tactical ST15; one Springfield M6 Scout rifle; one Mossberg Model 88 shotgun; one Rossi R522 rifle; one Mossberg Patriot rifle; one Savage Arms rifle; one Aero Precision M5 rifle; one Remington 30-06 rifle; and one Remington 1917 rifle; during and in relation to, and in furtherance of a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute 5 kilograms or more of cocaine; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On May 22, 2025, Jorge Luis VERDUGO applied for admission into the United States from the Republic of Mexico at the Port of Entry in Douglas, Arizona.  VERDUGO was the driver, sole occupant, and registered owner of a red 2020 Chevrolet Traverse bearing an Arizona license plate. VERDUGO told the primary Customs and Border Protection officer that he was headed back to his home in Douglas, Arizona. During a physical search of the vehicle, an officer noticed anomalies in the rear seats when she ran her hands on the back part of the seats. The officer found a string that held the flap to the seat. Officers searched the vehicle and found four packages of suspected narcotics concealed within the upholstery of the second-row seats.  A representative sample of the contents of the packages was field tested and yielded positive results for the properties of cocaine. The packages of cocaine weighed 4.6 kilograms.

CONTINUED ON NEXT PAGE

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>BRIAN R VALLE  Digitally signed by BRIAN R VALLE Date: 2025.05.27 10:47:40 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Task Force Officer Brian Valle<br>Homeland Security Investigations |

Sworn to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>May 27, 2025 |
|---|---|

1)    See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewed by AUSA Houston

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

VERDUGO gave consent for investigators to search two phones found in his possession. During a manual search of one the phones, investigators noted that only three contacts were listed. In a text conversation with one of the contacts, the contact questioned VERDUGO whether he had done the run and indicated there was no wait time at the port.

Investigators applied for an Arizona State search warrant of VERDUGO's residence located in Douglas, Arizona, via the Cochise County Superior Court. Investigators executed the search warrant of VERDUGO's residence and found eight packages of suspected narcotics, 21 firearms, $1,000 USD and 2,751 rounds of assorted ammunition inside the residence. Investigators noticed that the packaging, including the logo, on the eight packages of suspected narcotics matched the packaging of the cocaine seized from VERDUGO's vehicle earlier the same day. The packages were found in a drawer located underneath the kitchen table. A representative sample of the contents of the eight packages was field tested and yielded positive results for the properties of cocaine. The packages of cocaine found inside VERDUGO's residence weighed 8.9 kilograms.

Investigators found the following items in VERDUGO's residence: one Springfield Armory XD-9 pistol with a loaded magazine; one Para 1911 pistol with a loaded magazine; one S&W M&P 5.7 pistol with a loaded magazine; one SW Bodyguard pistol with a loaded magazine; one Norinco Model 213 pistol; one Taurus LR revolver; one EAA Hermann Weihrauch Windicator .38 special revolver; one S&W M&P FPC rifle; one American Tactical Omni Hybrid Multi-cal rifle; one S&W M&P-15 rifle; one Black Aces Tactical Shotgun; one Spike's Tactical ST15; one Springfield M6 Scout rifle; one Mossberg Model 88 shotgun; one Rossi R522 rifle; one Mossberg Patriot rifle; one Savage Arms rifle; one Aero Precision M5 rifle; one Remington 30-06 rifle; and one Remington 1917 rifle. Investigators also found $1,000 USD inside the gun safe located inside VERDUGO's residence.

CONTINUED ON NEXT PAGE

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:



